# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

MICHAEL JORDAN,

        Plaintiff,

   v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

CASE NO. 3:20-CV-5758-DWC

ORDER ON VOLUNTARY DISMISSAL

Presently before the Court is Plaintiff's Motion to Withdraw Complaint. Dkt. 6. Plaintiff moves to withdraw the Complaint in this case because the Court directed Plaintiff to pay the filing fee or show cause as to why his Amended Application to Proceed *In Forma Pauperis* should not be denied. *Id.*; *see also* Dkt. 5. As this case has not been served and Defendant has not filed an Answer, the Motion (Dkt. 6) is granted. *See* Fed. R. Civ. P. 41(a). The Complaint is dismissed, all pending motions (Dkt. 4) are denied as moot, and this case is closed.

Dated this 9th day of September, 2020.

                                             David W. Christel
                                             United States Magistrate Judge